IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | DOCKET NO. 4:17CR00060-5 |
| | ) | |
| CEDRIC MANIOR | ) | |

AMENDED ORDER

On March 30, 2018, the Court sentenced the Defendant to 120 months in the custody of the Bureau of Prisons, 3 years of supervised release, and a $200 special assessment. The judgment included a recommendation from the Court that the defendant serve his sentence in either the federal facility in Estill, South Carolina, or the federal facility in Jesup, Georgia, so as to be close to his family. On April 24, 2018, Defense Attorney Elizabeth F. Pavlis filed a motion asking the Court to modify that recommendation and to remove the recommendation that he serve his sentence at the federal facility in Estill, South Carolina.

The defense's motion for an amended recommendation in the Defendant's case is hereby GRANTED.

It is the recommendation of this Court that the sentence of imprisonment imposed on March 30, 2018, is hereby amended to remove the recommendation that the defendant serve his sentence at the federal facility in Estill, South Carolina. All other terms and conditions shall remain in effect as originally imposed.

SO ORDERED this 7 day of June 2018.

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE