# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

UNITED STATES OF AMERICA,

v.

CEDRIC MANIOR,

    Defendant.

417-CR-060-5

## ORDER

Before the Court is Defendant Cedric Manior's "Motion for Modification or Reduction of Sentence Under 18 U.S.C. § 3582." Dkt. No. 469. Specifically, Manior alleges there are "clerical and/or procedural errors" in the judgment. For the reasons below, his motion is **DENIED**.

On March 30, 2018, Manior was sentenced after pleading guilty to conspiracy to possess with intent to distribute, and to distribute, a quantity of cocaine and cocaine base and felon in possession of firearms, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C); § 846; and 18 U.S.C §§ 922(g)(1), 924(a)(2). He was sentenced to a total of 120 months' imprisonment to be followed by three years' supervised release.

On February 18, 2020, Manior filed a pro se motion asking the Court to modify or reduce his sentence in accordance with 18 U.S.C. § 3582. Manior indicates that he believes there are errors in the

Judgment which affect his institutional programming. He takes specific issue with some of the statutory references noted on his Judgment, asserting he did not plead guilty thereto. The Government responded in opposition to the motion on February 20, 2020.

As noted by the Government, Manior's motion is more properly made pursuant to Federal Rule of Criminal Procedure 35 rather than 18 U.S.C. § 3582(c). Rule 35 authorizes a Court to correct errors in a judgment; however, the motion must be made within fourteen days after sentencing. Thus, Manior's motion is untimely. Even if Manior's motion were timely, however, his motion lacks merit. The Judgment contains no errors; the offenses Manior cites as being erroneous are incorporated offenses of the offenses to which Manior pleaded guilty, i.e. 21 U.S.C. § 846 and 18 U.S.C. § 924(a)(2). Accordingly, Manior's motion, dkt. No. 469, is **DENIED**.

**SO ORDERED**, this 31st day of March, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA